AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ANTONIO LAMONT MURRAY,

    Petitioner,

                               JUDGMENT IN A CIVIL CASE

                **V.**

                        CASE NUMBER:  CV 620-052

United States of America,                             CR 612-005

    Respondent.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 11, 2023, the Report and Recommendation of the Magistrate Judge is adopted, the Government's motion to dismiss is granted, Petitioner's 28 U.S.C. § 2255 motion is denied and his civil case is dismissed.  The Court denies a Certificate of Appealability in this case, and Petitioner is not entitled to appeal in forma pauperis.  This case stands closed.

9/11/2023
*Date*

John E. Triplett, Acting Clerk
*Clerk*



*(By) Deputy Clerk*

GAS Rev 10/1/03